UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TANISHA MORROW,

    Plaintiff,

v.

EXPERIAN INFORMATION
SOLUTIONS, INC.,

    Defendant.

Case No. 24-cv-12775

Honorable Robert J. White

**ORDER STAYING TRIAL DATE AND CASE DEADLINES**

    Having reviewed Defendant Experian Information Solutions, Inc.'s ("Experian") Motion to Stay Pretrial Deadlines and Trial, and for good cause shown, it is hereby **ORDERED** that all remaining pretrial deadlines in this case are **STAYED** pending this Court's decision on Experian's Motion for Summary Judgment.

    It is further **ORDERED** that the Final Pretrial Conference set for March 3, 2026, at 2:00 p.m. and trial set for March 17, 2026, at 8:30 a.m. have been **CANCELED** until further order by the Court.

Dated: January 20, 2026

s/Robert J. White
Robert J. White
United States District Judge