UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TANISHA MORROW,

     Plaintiff,

v.

EXPERIAN INFORMATION
SOLUTIONS INC

     Defendant.

Case No. 24-cv-12775

Honorable Robert J. White

## JUDGMENT

The Court has granted Defendant Experian Information Solutions, Inc.'s motion for summary judgment. The Court will dismiss the complaint.

Accordingly,

IT IS ORDERED AND ADJUDGED that judgment be and is hereby granted for defendant and against plaintiff.  Costs to be permitted in accordance with law.

KINIKIA D. ESSIX
CLERK OF COURT


By:_ s/Tara Villereal_____
     Deputy Clerk

Dated:    March 23, 2026

Approved: s/Robert J. White _____
    Robert J. White
    United States District Judge